4 483
5 108
11* 618
11* 619
13* 87

## CHARLES DUCHENEAU, Respondent, v. HIRAM HOUSE, Appellant.

Justice of the Peace.—Jurisdiction.

On petition for rehearing, ante p. 369.

*Mr. J. N. Kimball,* for respondent.

*Mr. C. S. Varian,* for appellant.

Boreman, J.:

The petition for rehearing states no new facts or grounds for a reversal of the judgment of the lower court. It is mainly a reargument of the case. We have repeatedly called attention to the fact that no rehearing will be granted where nothing new and important is offered for our consideration. We again say that we cannot grant a rehearing unless a strong showing therefor be made. A reargument or an argument with the court upon the points of the decision, with no new light given, is not such a showing.

The rehearing is denied.

Powers, J., concurred. Zane, C. J., dissented.